ACCEPTED
06-15-00043-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/14/2015 11:31:01 AM
DEBBIE AUTREY
CLERK



## ATTORNEY GENERAL OF TEXAS

CHILD SUPPORT DIVISION

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/14/2015 11:31:01 AM
DEBBIE AUTREY
Clerk

October 14, 2015

**BY E-FILE**

Debbie Autrey, Clerk

Sixth Court of Appeals

100 N. State Line Ave., Ste. 20

Texarkana, Texas 75501

re:    No. 06–15–00043–CV
Style:    *In re J.M.T.P. and M.D.A.P., Children*

Dear Ms. Autrey:

I am writing to inform the Court that the Attorney General waives the filing of a response in the cause noted above.

The Office of the Attorney General concedes that there is no record evidence to show that the trial court considered appellant's request for participation at the May 5, 2015 hearing by other means. *See In re R.C.R.*, 230S.W.3d 423, 426 (Tex. App.—Fort Worth 2007, no pet.) (inmate who presents substantial claim but fails to prove that he is entitled to attend substantive hearing in person still entitled to participate by alternative means if requested).

The Office of the Attorney General concedes only the above stated error. Because such error requires reversal of the trial court's judgment, the Office of the Attorney General respectfully requests that this Court limit its opinion to this sole issue. If this Court makes additional holdings outside this issue, the Office of the Attorney General may be compelled to file a motion for rehearing or seek additional relief.

Sincerely,
**Deterrean Gamble**
Assistant Attorney General
Child Support/Appellate Litigation Section
**deterrean.gamble@texasattorneygeneral.gov**
(512) 406-2307
(512) 460-6612 fax

*An Equal Employment Opportunity Employer · Printed on Recycled Paper*